CLOSED,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21−cv−00101−SPL

Strange v. SP Processing LLC et al  
Assigned to: Judge Steven P Logan  
Related Case: 2:18−cv−03916−CDB (closed 08/06/2019)  
Cause: 47:227 Restrictions of Use of Telephone Equipment  

Date Filed: 01/20/2021  
Date Terminated: 07/29/2021  
Jury Demand: Plaintiff  
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)  
Jurisdiction: Federal Question  

**Plaintiff**

**Clinton Strange**　　　　　　　　　　　　represented by　**Clinton Strange**  
7021 Winburn Dr  
Greenwood, LA 71033  
PRO SE  

V.

**Defendant**

**SP Processing LLC**

**Defendant**

**Suren Prasad**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2021 | Ï 1 | COMPLAINT filed by Clinton Strange. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope)(20 pages)(MHW) (Entered: 01/21/2021) |
| 01/20/2021 | Ï 2 | Filing fee paid, receipt number PHX225619. This case has been assigned to the Honorable Judge Steven P Logan. All future pleadings or documents should bear the correct case number: CV 21−00101−PHX−SPL. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (MHW) (Entered: 01/21/2021) |
| 01/20/2021 | Ï 3 | NOTICE TO SELF−REPRESENTED LITIGANT re informational documents attached: (1) Notice to Self−Represented Litigant, (2) Federal Court Self−Service Clinic Flyer, (3) Fed. R. Civ. P. 5.2, and (4) Notice and Request re Electronic Noticing. (MHW) (Entered: 01/21/2021) |
| 01/22/2021 | Ï 4 | PRELIMINARY ORDER that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such motion to determine whether it can be avoided. FURTHER ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. Unless the Court orders otherwise, on April 20, 2021, the Clerk of Court shall terminate without further notice any Defendant in this action that has not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure See attached Order for complete details. Signed by Judge Steven P. Logan on 1/21/2021. (LMR) (Entered: 01/22/2021) |
| 02/08/2021 | Ï 5 | REQUEST for Summonses to Issue by Plaintiff Clinton Strange. (SST) (1 page) (Entered: 02/10/2021) |

| | | |
|---|---|---|
| 02/08/2021 | Ï 6 | SUMMONS Submitted by Clinton Strange. (Attachments: # 1 Summons) (SST) (Entered: 02/10/2021) |
| 02/10/2021 | Ï 7 | Summons Issued as to Suren Prasad, SP Processing LLC. (Attachments: # 1 Summons)(SST). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 02/10/2021) |
| 03/16/2021 | Ï 8 | SERVICE EXECUTED filed by Clinton Strange: Affidavits of Service re: Summons, Complaint, Order upon SP Processing LLC, Suren Prasad on 2/16/2021. (9 pages) (WLP) (Entered: 03/17/2021) |
| 04/06/2021 | Ï 9 | ORDER: Plaintiff must show cause in writing why this action should not be dismissed in its entirety for failure to prosecute no later than April 16, 2021, unless an answer is filed within such time. Plaintiff shall serve a copy of this order on Defendants. Signed by Judge Steven P. Logan on 4/6/2021. (LMR) (Entered: 04/06/2021) |
| 04/16/2021 | Ï 10 | APPLICATION for Entry of Default by Plaintiff Clinton Strange against SP Processing LLC and Suren Prasad. (5 pages) (WLP) (Entered: 04/19/2021) |
| 04/16/2021 | Ï 11 | RESPONSE TO ORDER TO SHOW CAUSE re: 9 Order to Show Cause by Plaintiff Clinton Strange. (8 pages) (WLP) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 12 | ORDER: The Court's Order 9 is satisfied and no further action will be taken by the Court at this time. Signed by Judge Steven P. Logan on 4/19/2021. (LMR) (Entered: 04/19/2021) |
| 05/18/2021 | Ï 13 | Clerk's ENTRY OF DEFAULT as to Suren Prasad, SP Processing LLC. (WLP) (Entered: 05/18/2021) |
| 07/06/2021 | Ï 14 | ORDER that Plaintiff must show cause in writing, no later than July 20, 2021, why this action should not be dismissed for failure to prosecute, unless an application for entry of judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure is filed within such time. Signed by Judge Steven P Logan on 7/06/2021. (REK) (Entered: 07/06/2021) |
| 07/19/2021 | Ï 15 | MOTION to Change Venue with Good Cause Showing by Clinton Strange. (Responsive to Court's Order to Show Cause filed 7/6/21) (SJF) (Entered: 07/22/2021) |
| 07/29/2021 | Ï 16 | ORDER – IT IS ORDERED that Plaintiff's Motion to Transfer Venue (Doc. 15 ) is granted. IT IS FURTHER ORDERED that the Clerk of Court shall transfer this matter to the United States District Court for the Northern District of Georgia and terminate this case in the District of Arizona. See document for complete details. Signed by Judge Steven P Logan on 7/27/2021. (WLP) (Entered: 07/29/2021) |